IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROBERT EARL RAIFORD, #07425-043                               PLAINTIFF

vs.                                          CIVIL ACTION NO. 2:16-cv-174-KS-MTP

COUNTY OF FORREST,
MISSISSIPPI, et al                                            DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on August 24, 2018, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Reconsideration [92] is DENIED and Defendant's Motion to Dismiss [85] should be, and is hereby GRANTED.

SO ORDERED AND ADJUDGED, this the __25th___ day of October, 2018.

　　　　　　　　　　　　　　　　　　　__s/Keith Starrett_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE